# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2021

163301(3)

*In re* JERMAINE STEVENSON

_____

JERMAINE STEVENSON,

        Plaintiff,

v

WAYNE CIRCUIT COURT,

        Defendant.

_____/

Bridget M. McCormack,
*Chief Justice*

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
*Justices*

SC: 163301

On order of the Chief Justice, the motion to waive fees is DENIED because MCL 600.2963 requires that a prisoner pursuing a civil action be liable for filing fees. The Clerk of the Court is directed to provide two copies of this order and one copy of the application filed with the Court to appellant.

Within 21 days of the date of this order, appellant send to the Court:

1. the initial partial filing fee of $140.00;
2. one copy of this order; and
3. the application that was returned to appellant.

By doing this, appellant becomes responsible to pay the full $375 filing fee, plus the $25 original action fee, for a total of $400. If appellant fails to timely comply with this order, the application will be administratively dismissed and the case closed. If appellant timely complies with this order, the Department of Corrections shall retain 50% of future monthly deposits made to appellant's account until the $260.00 balance is paid. Upon collecting the balance, the department shall remit the amount to this Court.

Under MCL 600.2963(8), appellant may not file a new civil action or appeal in this Court until the filing fee in this case is paid in full.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

<u>    July 19, 2021    </u>        

                                             Clerk